**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

WILLIAM FRANCISCO CIFUENTES MONTERROSO,

Petitioner,

v.

WARDEN FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, *et al.*,

Respondents.

Case No. 5:26-cv-04671-JWH-MAR

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The findings and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. The Petition is **GRANTED**.

3. Respondents are **DIRECTED** forthwith to release Petitioner **William Francisco Cifuentes Monterroso (A# 245-625-184)** from custody on his prior conditions of release and forthwith to return any confiscated property and documents to Monterroso upon his release.

4. Respondents are **ENJOINED** from re-detaining Monterroso pursuant to 8 U.S.C. § 1226 without first providing Monterroso with individualized notice describing the change in circumstances necessitating his arrest or detention and a pre-deprivation bond hearing before an Immigration Judge at which Respondents will bear the burden of proof.

5. Monterroso shall not be detained unless Respondents demonstrate by clear and convincing evidence at the pre-deprivation hearing that material changed circumstances establish that Monterroso is a flight risk or a danger to the community and that there are no conditions or combination of conditions that will reasonably assure Monterroso's appearance or the safety of any other person in the community.

6. Respondents are **DIRECTED** to file no later than September 21, 2026, a Notice of Compliance with this Order.

**IT IS SO ORDERED.**

Dated: September 17, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE