JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM FRANCISCO CIFUENTES MONTERROSO,<br>Petitioner,<br>v.<br>WARDEN FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, *et al.*,<br>Respondents. | Case No. 5:26-cv-04671-JWH-MAR<br><br>**JUDGMENT** |

Pursuant to the "Order Accepting Findings and Recommendation of United States Magistrate Judge" entered on or about September 17, 2026, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition is **GRANTED**.

2. Respondents are **ENJOINED** from re-detaining Petitioner William Francisco Cifuentes Monterroso pursuant to 8 U.S.C. § 1226 without first providing Monterroso with individualized notice describing the change in circumstances necessitating his arrest or detention, and a pre-deprivation bond hearing before an immigration judge at which Respondents will bear the burden of proof.

3. Monterroso shall not be detained unless Respondents demonstrate by clear and convincing evidence at the pre-deprivation hearing that material changed circumstances establish Monterroso is a flight risk or a danger to the community, and that there are no conditions or combination of conditions that will reasonably assure Monterroso's appearance or the safety of any other person in the community.

**IT IS SO ORDERED.**

Dated: September 21, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE